*Stephen F. McEleney,* in opposition.

Decided December 15, 2006

## PATRICK COX *v.* PATRICIA BURDICK

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 167 (AC 26880), is denied.

*Conrad Ost Seifert,* in support of the petition.

*Randall A. Ortega* and *Matthew G. Berger,* in opposition.

Decided December 15, 2006

## FREDERICK A. DLUGOKECKI *v.* MANUEL N. VIEIRA

The plaintiff's petition for certification for appeal from the Appellate Court, 98 Conn. App. 252 (AC 26937), is denied.

*Frederick A. Dlugokecki,* in support of the petition.

*Jeffrey J. Tinley,* in opposition.

Decided December 15, 2006

## RAYMOND P. GODAIRE *v.* STATE OF CONNECTICUT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 27878) is denied.

*Raymond P. Godaire,* pro se, in support of the petition.